CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
NOV 0 1 2005
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| ROBERT E. TYLER,<br>W. MICHAEL HAGER,<br>WESLEY L. WRIGHT,<br>ROBERT E. TINSLEY, JR.,<br>GENTRY R. P. FERRELL,<br>METRO FIRE & RESCUE, INC.,<br><br>and<br><br>ENVIRONMENTAL TECHNOLOGIES, INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>PAUL H. BERGER,<br><br>and<br><br>BAUM'S CASTORINE COMPANY, INC.<br><br>*Defendants.* | CIVIL ACTION NO. 6:05-CV-00030<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiffs' August 18, 2005 Motion to Dismiss Counts Six and Nine of Defendants' counterclaims pursuant to Fed. R. Civ. P. 12(b)(6). The Court heard arguments on this motion on October 3, 2005. For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' motion is DENIED with respect to Count Nine and GRANTED with respect to Count Six.

It is so ORDERED.

The Clerk of the Court is directed to send certified copies of this Order to all Counsel of Record.

ENTERED: *Norman C. Moon*
U.S. District Judge

Date: November 1, 2005